# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RONALD E. DOUDS, Sr., #44579-061, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-cv-01144-JPG |
| | ) | |
| USA, UKNOWN DOCTOR, | ) | |
| BOP MEDICAL PERSONNEL, | ) | |
| HAROLD GILLIAN, TIMOTHY | ) | |
| ADESANYA, MRS. BRAGGS, | ) | |
| DR. KRUSE, ERNESTO GAPASIN, | ) | |
| and OFFICER ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

**GILBERT, District Judge:**

This matter having come before the Court and the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants and against plaintiff on the following claims:

**COUNT I**, a claim under the Federal Tort Claims Act for inadequate treatment of plaintiff's serious medical needs involving back and foot issues is DISMISSED without prejudice against defendant United States;

**COUNT II**, a *Bivens* claim for deliberate indifference to plaintiff's medical conditions involving back and foot issues at Butner Medical Center was severed into a new suit at screening and is DISMISSED with prejudice from this action against defendant Unknown Doctor;

**COUNT III**, a *Bivens* claim for deliberate indifference to plaintiff's medical conditions at FCI Greenville is DISMISSED with prejudice against defendants Gillian, Adesanya, Braggs, and Kruse and without prejudice against defendant Robinson;

**COUNT IV**, a *Bivens* claim for deliberate indifference to plaintiff's medical conditions involving back and foot issues at MCFP Springfield was severed into a

1

new suit at screening and is **DISMISSED** with prejudice from this action against defendant Gapasin; and

**ALL CLAIMS** against defendant BOP Medical Personnel are DISMISSED with prejudice.

This dismissal shall <u>not</u> count as one of Plaintiff's three allotted "strikes" under the provisions of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**.

DATED: 3/4/2020                          MARGARET M. ROBERTIE
                                               Clerk of Court

                                               s/Tina Gray, Deputy Clerk

Approved by: s/J. Phil Gilbert
                 United States District Judge